UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN A. BARTOLINI,                  :

                                      :        **17-CV-5671 (NSR) (PED)**

               Plaintiff,        :

                                        :        **DECLARATION OF**

           -v-                  :        **DAVID H. CHEN IN**

                                        :        **SUPPORT OF MOTION**

INSPECTOR VINCENT CASSELS et al.,    :        **TO DISMISS**

                                        :

              Defendants.      :
-------------------------------------------------------------x

      **DAVID H. CHEN,** an attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. § 1746:

      1.      I am an attorney in the Office of Robert F. Meehan, Westchester County Attorney, counsel for Defendants in the above-captioned action.  I submit this Declaration in support of the Defendants' Motion to Dismiss.

      2.      On September 26, 2017, I caused a copy of this Declaration, Defendants' Notice of Motion, and the supporting Memorandum of Law to be served on Plaintiff at the below address.

      3.      In accordance with Local Civil Rule 7.2, I also caused *pro se* Plaintiff to be served with "copies of cases and other authorities cited [in Defendants' supporting Memorandum of Law] that are unpublished or reported exclusively on computerized databases."

4.      I declare, under penalty of perjury, that the foregoing is true and correct.


Executed on September 26, 2017                    **ROBERT F. MEEHAN**
White Plains, New York                            Westchester County Attorney
                                                  *Counsel for Defendants*


                                                  /s/ *David H. Chen*
                                                  By:  David H. Chen
                                                  Associate County Attorney
                                                  Michaelian County Office Building
                                                  148 Martine Avenue, Suite 600
                                                  White Plains, NY 10601
                                                  dhca@westchestergov.com



TO:     John A. Bartolini, *pro se* (via certified mail and email)
        153 East Main Street
        Jefferson Valley, NY 10535
        bartolini@optline.net